BUCHHOLZ, Appellant, vs. BREITBACH, imp., Respondent.

*March 8—June 20, 1927.*

Companion case to *Buchholz v. Breitbach, ante,* p. 224.

APPEAL from a judgment of the circuit court for Milwaukee county: CHARLES L. AARONS, Circuit Judge. *Affirmed.*

For the appellant there was a brief by *Walter Schinz, Jr.,* and *Glicksman & Gold,* attorneys, and *Ray T. McCann,* of counsel, all of Milwaukee, and oral argument by *Mr. McCann* and *Mr. Walter L. Gold.*

For the respondent *Breitbach* there was a brief by *Shaw, Muskat & Sullivan* of Milwaukee, and oral argument by *William T. Sullivan.*

The following opinion was filed April 5, 1927:

DOERFLER, J.   This case and the case of *Buchholz,* an infant, *v. Breitbach,* decided herewith (*ante,* p. 224, 213 N. W. 329), were tried together as one case. This case, therefore, is ruled by the decision in the case in which the infant plaintiff was involved.

*By the Court.*—Judgment affirmed.

The appellant moved for a rehearing.

In support of the motion there was a brief by *Walter Schinz, Jr.,* and *Glicksman & Gold,* attorneys, and *Robert Wild,* of counsel, all of Milwaukee.

In opposition thereto there was a brief by *Shaw, Muskat & Sullivan* of Milwaukee.

The motion was denied, with $25 costs, on June 20, 1927.